**JACOBSON LAW FIRM**
6367 EAST TANQUE VERDE RD., SUITE 204
TUCSON, ARIZONA 85715
TELEPHONE (520) 885-2518
FACSIMILE (520) 885-8073
jeff@jhj-law.com
Jeffrey H. Jacobson, SB#197864
Attorney for Defendant Matthew Itkowitz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALICE SMITHEN, an individual<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA; MATTHEW ITKOWITZ, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: CV 09-0414 GW (PJW)<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MATTHEW ITKOWITZ AND CONSENT**<br><br>(Hon. George H. Wu) |

Undersigned counsel for the Defendant hereby moves this Court for an Order allowing him to withdraw as counsel for the Defendant for all further proceedings in this matter. Counsel is placing his license to practice in the State of California in inactive status. Counsel for the Defendant has discussed the matter with his client, who is in the process of retaining counsel in California.

DATED this 23rd day of December, 2011.

JACOBSON LAW FIRM


  /s/ Jeffrey H. Jacobson
Jeffrey H. Jacobson
Attorney for Defendant

## **CONSENT**

I here consent to the withdrawal of Jeffrey H. Jacobson as my attorney in this matter.

DATED: _12/23/11_

_____
Matthew Itkowitz

Electronically filed via the CM/ECF system and copy provided this 23 day of December, 2011, to;

Michael Grobaty
Grobaty & Pitet LLP
100 Bayview Circle, Suite 210
Newport Beach, California  92660

Jason K. Axe
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California  90012


   /s/ Jeffrey H. Jacobson

2