# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALICE SMITHEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; MATTHEW ITKOWITZ, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 09-414-GW (PJWx)<br><br>**JUDGMENT** |

This matter was tried without a jury from February 27 through March 1, 2017. Based on the evidence presented during trial, and the Findings of Fact and Conclusions of Law which are incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff recover nothing, and that judgment is entered in favor of Defendant United States of America.

Dated: August 24, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Presented by:

JEFF SESSIONS
United States Attorney General
ALANA W. ROBINSON
Acting United States Attorney

*/s/ Ernest Cordero, Jr.*
ERNEST CORDERO, JR.
DAVID B. WALLACE
Special Attorneys

Attorneys for Defendant
United States of America